UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ANITA KHANNA,<br><br>    Defendant. | Case No. 2:22-CR-0213 KJM<br><br>TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. § 3006A |

**ORDER**

    GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Anita Khanna with the cost of travel from Newark, New Jersey to Sacramento, CA on April 23, 2023, so that she may attend Court on April 24, 2024. Arrangements shall be made for Ms. Khanna to be seated next to co-defendant Nirmal Khanna on any flight taken. Additionally, the United States Marshal shall provide Ms. Khanna with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

    THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, Candice Fields, to reimburse her for the cost of lodging, food, and incidental expenses while Ms. Khanna is in Sacramento, California between April 23-24, 2024, in connection with her court appearance on April 24, 2024. It is further ordered that CJA fund

shall be disbursed for travel and subsistence to enable Ms. Khanna to return to her home in New Jersey when that court proceeding is completed.

To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures: Ms. Khanna's airfare back to New Jersey from Sacramento at $270.10, lodging on April 23, 2024, in Sacramento for at $145.00 before taxes and fees, one days' per diem at $64.00, $30.00 for transportation back to the airport for the flight back to New Jersey (10 miles), and $50 for transportation from the airport in New Jersey to her home (28 miles).

The total amount to be reimbursed defense counsel for Ms. Khanna is not exceed $559.10, plus reasonable expenses, fees, and taxes. To the extent that expenses, fees, and taxes are shared with any co-defendant (such as lodging and transportation), defense counsel is ordered to apportion the reimbursement requested.

IT IS SO ORDERED.

Dated:  April 10, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE