CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
ANITA KHANNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANITA KHANNA,<br><br>        Defendant. | Case No. 2:22-CR-0213 KJM<br><br>ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS |

    Defendant Anita Khanna's unopposed request to modify her Special Condition of release number four is granted. As such, United States Pretrial Services in Sacramento, California, is ordered to facilitate the transfer of Mrs. Khanna's Passport from Sacramento, California to the United States Pretrial Services Office located in Trenton, New Jersey. Mrs. Khanna may pick up her Passport, at the United States Pretrial Services Office in Trenton, New Jersey, any time after 12:00 p.m. on Tuesday, September 30, 2025, and she must return her Passport to the same location, by 12:00 p.m., on Thursday, October 2, 2025.

    IT IS SO ORDERED.

Dated: September 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 1 -
UNOPPOSED MOTION