CANDICE L. FIELDS
Candice Fields Law, PC
621 Capitol Mall, Suite 900
Sacramento, CA. 95814
(916)414-8050
cfields@candicefieldslaw.com

Attorney for defendant
Anita Khanna

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANITA KHANNA,<br><br>Defendant. | CASE NO. 2:22-CR-0213-DC<br><br>[~~PROPOSED~~] TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285, 18 U.S.C. § 3006A<br><br>DATE: September 11, 2026<br><br>COURT: Hon. Dena Coggins |

ORDER

GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Anita Khanna with the cost of travel from Newark, New Jersey, to Sacramento, California, on September 10, 2026, so that she may attend Court on September 11, 2026. United Airlines flight UA 186 departs Newark, New Jersey, at 7:24 p.m. and arrives in Sacramento at 10:30 p.m. Arrangements shall be made for Mrs. Khanna to be seated next to her husband and co-defendant, Nirmal Khanna, who is legally blind and requires her assistance while traveling. Mrs. Khanna's mobility limitations also require that they travel together. The United States Marshal shall provide Mrs. Khanna with subsistence expenses for this travel period not to exceed the per diem allowance authorized under 5 U.S.C. § 5702(a).

THE COURT FURTHER ORDERS, pursuant to 18 U.S.C. § 3006A, that Criminal Justice Act funds be disbursed to defense counsel, Candice L. Fields, to reimburse her for the cost

of lodging, food, and incidental expenses while Mrs. Khanna is in Sacramento, California, from September 10 through September 12, 2026, in connection with her September 11 court appearance. CJA funds shall also be disbursed for travel and subsistence necessary for Mrs. Khanna to return to her home in New Jersey after the proceeding. To the extent possible, advance authorization is approved to reimburse defense counsel for the following expenditures: Mrs. Khanna's return airfare from Sacramento to New Jersey at $358.20; one day’s per diem at $64.00; $60.00 for transportation to and from the Sacramento airport (20 miles); $100.00 for transportation to and from the airport in New Jersey (56 miles); and the reasonable cost of one night's lodging in Sacramento, plus associated taxes and fees, for Anita and Nirmal Khanna.

The amount reimbursed to defense counsel for Mrs. Khanna shall not exceed $582.20, plus reasonable lodging expenses, fees, and taxes. To the extent expenses are shared with any co-defendant, including lodging or transportation expenses, defense counsel shall apportion the reimbursement requested.

IT IS SO ORDERED.

DATED: August 24, 2026

Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE